In the Matter of the CITY OF ROCHESTER, Respondent, Relative to Acquiring Title to Real Property in the Area Known as GENESEE CROSSROADS. M. J. HERMAN, Individually and as Trustee of the Estate of HARRY HERMAN, Deceased, et al., Appellants.—

Present — Marsh, J. P., Gabrielli, Moule and Henry, JJ.